FILED

11/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0421

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0421

IN THE MATTER OF:

C.L.,

     A Youth Under the
Age of 18.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 4, 2021 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2020